# 12 CV 9087

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_David Carter_

(In the space above enter the full name(s) of the plaintiff(s).)

"UNNECESARRY use of Brute force"

**COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

-against-

_New York State Correction Officer: J. Carroll (male) who worked 7-3 tour @ complex #1 F-Block December 6th 2012 Downstate Correctional Facility_

Jury Trial: ☑ Yes  ☐ No
(check one)

___ Civ. _____ ( )

#1 UMR

[Stamp: U.S. DISTRICT COURT FILED DEC 12 2012 S.D. OF N.Y.]

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's Name _David Carter_
ID# _12A5083_
Current Institution _Downstate Corr. Facility_
Address _Box F_
_Fishkill, New York 12524-0445_

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name _J. Caroll_ (white male) N.Y.S. Correctional Services Shield # ___
Where Currently Employed _Downstate Corr. Facility_
Address _Fishkill, New York 12524 -_
_7-3 tour @ 1 complex "F" Block_

Rev. 01/2010

1

[Stamp: RECEIVED DEC 12 2012 PRO SE OFFICE]

Defendant No. 2    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 3    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

> Who did what?

Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _____
                   _____

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     _Downstate Correctional Facility_

B.   Where in the institution did the events giving rise to your claim(s) occur?
     _Complex #1 "F" Block (Protective Custody)_

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     _December 6th 2012 Thursday 1:35 pm during the 7-3 tour._

> What happened to you?

D.   Facts: _On December 6th 2012 @ 1:30 pm, while in Protective Custody I was assaulted numerous times by Correction officer: J. Caroll with a hard wooden stick (officer's night stick)_

Rev. 01/2010                               2

after Being attacked by a "gang member" "Bloods" in front of my cell as to where I had to defend myself against inmate who attacked me. While on top off inmate who attacked me with, three other officers present instead of pulling me and the inmate apart from each other, Officer Caroll hit me in my back with night stick repeatedly I then was placed on wall by other officers Officer Carroll then repeatedly hit me in arm, lower right leg, back lower spinal area where I had surgery done @ Mount Sinai Hospital by Dr. Chin. Officer Caroll hit me with his stick with all of his might unnesecarily this brute force caused caused extreme shock and pain to my body as to where I was helpless and injured.

**Was anyone else involved?**

**Who else saw what happened?**

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.   " SEE Exhibits "A" and "B".

I recieved injury to my lower right leg which they said and intefered with medical examination that it was from another incident. I recieved Black and Bruises on lower Back and arms I saw Medical Doctor B. DarNOBID who prescribed prescription # 240-20599 for pain two tablets three times a day or as needed IBUProfen 200mg Similar to motrin TAB

I saw Doctor DarNOBID 12/7/2012 ex prescription for pain. D.C.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

Exhibit "A"

**IBUPROFEN 200MG TAB**

GENERIC NAME: IBUPROFEN (eye-byoo-PROE-fen)

COMMON USES: This medicine is a nonsteroidal anti-inflam[matory]
headache, muscle aches, backache, and arthritis. It may also
prostaglandins. Decreasing prostaglandins helps to reduce pa[in]

BEFORE USING THIS MEDICINE: WARNING: THE RISK O[F]
may be increased with the use of this medicine. This risk may
problems or who are at risk for heart problems. THIS MEDICI[NE]
surgery. THE RISK OF SERIOUS AND SOMETIMES FATAL
bowel, is increased while using this medicine. These problems may occur at any time during therapy, with or without symptoms. Elderly patients are at higher risk
for serious stomach problems. Ask your doctor or pharmacist for more information about this medicine and its side effects. Some medicines or medical conditions
may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT
TAKE THIS MEDICINE if you are also taking heparins or tacrolimus. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are
taking serotonin reuptake blocker medicines such as fluoxetine or citalopram, "blood thinners" such as warfarin, bisphosphonates such as alendronate or
risedronate, cyclosporine, corticosteroids such as prednisone, high blood pressure medicines (including ACE inhibitors such as captopril, angiotensin II receptor
antagonists such as losartan, and beta-blockers such as metoprolol), "water pills" (diuretics such as furosemide, hydrochlorothiazide, triamterene), lithium,
methotrexate, or aspirin. DO NOT START OR STOP ANY MEDICINE without doctor or pharmacist approval. Inform your doctor of any other medical conditions
including poorly controlled diabetes, dehydration, heart problems (such as heart failure or history of heart attack), swelling of the hands, feet, or ankles (edema),
high blood pressure, history of stroke, blood clotting problems, stomach or bowel problems (such as bleeding or ulcers), history of tobacco use or alcohol use,
kidney problems, liver problems, blood or bleeding problems (such as anemia), asthma, growths in the nose (nasal polyps), any allergies (especially history of
angioedema with symptoms of lip, tongue, throat swelling), pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a
history of allergy to aspirin or other NSAIDs (e.g., naproxen, celecoxib). USE OF THIS MEDICINE IS NOT RECOMMENDED if you have history of severe kidney
disease or if you are going to have or have recently had coronary artery heart bypass (CABG) surgery. Contact your doctor or pharmacist if you have any
questions or concerns about taking this medicine.

HOW TO USE THIS MEDICINE: Use this medicine exactly as directed on the package, unless instructed differently by your doctor. TAKE THIS MEDICINE with
a full glass (8 oz./240 ml) of water. DO NOT lie down for 30 minutes after taking this medicine. The dosage is based on your medical condition and response to
therapy. If repeat doses are needed, they are usually given 6 or 8 hours apart, or as directed by your doctor. When used in children, the dose is based on your
child's weight. Read the product instructions to find the appropriate dose for your child's weight. Consult the pharmacist or doctor if you have questions or if you
need help in choosing the appropriate dosage form. THIS MEDICINE MAY BE TAKEN WITH FOOD if it upsets your stomach. Taking it with food may not
decrease the risk of stomach or bowel problems (such as bleeding or ulcers) that may occur while taking this medicine. Talk with your doctor or pharmacist if you
experience persistent stomach upset. STORE THIS MEDICINE at room temperature, away from heat and light. Do not store in the bathroom. IF YOU MISS A
DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule.
Do NOT take 2 doses at once.

CAUTIONS: THIS MEDICINE INCREASES YOUR RISK OF SERIOUS STOMACH OR BOWEL PROBLEMS (such as ulcers and bleeding). This risk is
increased if you are elderly or are in poor health, if you have a history of smoking or drinking alcohol, if you take corticosteroid medicines (such as prednisone) or
"blood thinners" (such as warfarin), or if you take this medicine for a long period of time. THIS MEDICINE MAY ALSO INCREASE YOUR RISK for certain serious
heart and blood vessel problems (such as heart attack and stroke). TAKE THIS MEDICINE EXACTLY AS PRESCRIBED BY YOUR DOCTOR, at the lowest
possible dose for the shortest time needed. Talk with your doctor or pharmacist for further information. DO NOT TAKE THIS MEDICINE IF YOU HAVE HAD A
SEVERE ALLERGIC REACTION to aspirin or any medicine containing aspirin or to a nonsteroidal anti-inflammatory drug (such as Feldene, Motrin, Naprosyn,
Daypro). A severe reaction includes a severe rash, hives, breathing difficulties, or dizziness. If you have a question about whether you are allergic to this medicine
or if a certain medicine is a nonsteroidal anti-inflammatory drug, contact your doctor or pharmacist. DO NOT EXCEED THE RECOMMENDED DOSE or take this
medicine for longer than 10 days for pain or 3 days for fever, unless directed by your doctor. Laboratory and/or medical tests, including blood counts, liver function
tests, and kidney function tests, may be performed to monitor your progress or to check for side effects, especially if you are taking this medicine for a long period
of time. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are taking this medicine. DO NOT DRIVE, OPERATE MACHINERY, OR DO
ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. ALCOHOL WARNING: If you consume 3 or more alcoholic
drinks every day, ask your doctor whether you should take this medicine or other pain relievers/fever reducers. This medicine may cause stomach bleeding.
BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. If you are also taking aspirin,

---

NYSDOCCS DOWNSTATE PHARMACY
121 RED SCHOOLHOUSE RD. FISHKILL, NY 12524 (845) 831-6600 DEA # AD91761

**CARTER, DAVID**                                           **12A5083**
240-205599         B. DARNOBID              12/07/2012
DOWNSTATE PC SH-1E-001                  S - Self Carry
TAKE ONE OR TWO TABLET(S) BY MOUTH THREE
TIMES A DAY AS NEEDED

(0)Refills       EC          YOUR         Rx Exp: 12/13/12
**IBUPROFEN 200MG TAB**                            #20
Similar to MOTRIN
CAUTION: Federal Law Prohibits Transfer of this Drug to Any Person Other than Patient for Whom Prescribed.

---

May cause drowsiness or dizziness

Limit alcohol use while taking this drug. Daily use of alcohol may increase the risk of stomach bleeding.

If this medication upsets your stomach, take it with crackers, bread or a small meal

*[handwritten annotation top right: "prescribed for Assault / use of force  Dated: 12/6/20"]*

as prescribed by your doctor for reasons such as heart attack or stroke prevention (usually these dosages are 81-325 mg per day), continue to take the aspirin and consult your doctor or pharmacist before using this medicine. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of this medicine, especially the risk of stomach or bowel effects (such as bleeding or ulcers), or kidney effects. FOR WOMEN: USE OF THIS MEDICINE DURING PREGNANCY has resulted in fetal and newborn death. If you think you may be pregnant, contact your doctor immediately. THIS MEDICINE IS EXCRETED IN BREAST MILK. IF YOU ARE OR WILL BE BREAST-FEEDING while you are using this medicine, check with your doctor or pharmacist to discuss the risks to your baby.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS, that may go away during treatment, include nausea, vomiting, diarrhea, gas, constipation, indigestion, dizziness, lightheadedness, drowsiness, or headache. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience ringing in ears. CONTACT YOUR DOCTOR IMMEDIATELY if you experience rapid or pounding heartbeat, easy bruising or bleeding, very stiff neck, or mental/mood changes. CONTACT YOUR DOCTOR IMMEDIATELY if you experience sharp or crushing chest pain; sudden shortness of breath; sudden leg pain; sudden severe headache, vomiting, dizziness, or fainting; changes in vision; numbness of an arm or leg; slurred speech; one-sided weakness; sudden unexplained weight gain; change in amount of urine produced; severe or persistent stomach pain; vomit that looks like coffee grounds; black tarry stools; itching, reddened, swollen, blistered, painful, or peeling skin; yellowing of the skin or eyes; dark urine; right-sided tenderness; severe or persistent tiredness; fever, chills, or sore throat; severe or persistent nausea; swelling of hands, ankles, feet, face, lips, eyes, throat, or tongue; difficulty swallowing or breathing; or hoarseness. AN ALLERGIC REACTION TO THIS MEDICINE is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

OVERDOSE: If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include severe stomach pain, coffee ground-like vomit, unusually fast or slow heartbeat, trouble breathing, extreme drowsiness, loss of consciousness, and seizures.

ADDITIONAL INFORMATION: DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children and pets. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

Database Edition 2012.1.011 - Expires February 2013
Copyright 2012 Wolters Kluwer Health, Inc.
All rights reserved.

This information may not be complete. Please consult your primary care provider for further questions or concerns.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_DOWNSTATE Correctional Facility_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

Yes ____   No ____   Do Not Know ✓

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _I spoke to Seargent Cipollini_

1. Which claim(s) in this complaint did you grieve? _I Attempted to explain._

2. What was the result, if any? _He said he was going to break my neck and charge me with Assault._

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
_Fearing retaliation I chose to just file 1983 for now._

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
_I Fear Retaliation_

_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

Seargeant Cippolini. on December 6th 2012 approx. 1:40 PM I verbally Attempted to explain to sgt-Cippolini Seargeant Stated he would break my Neck and Charge me with Assault if I did not shut up.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

"Deliberate indeferrence"
Seargeant made statement to C.O. Caroll that he would coordinate a lie to cover up assault made against my person by C.O. Caroll. It is, and still is in my best interest to Advoid this Administration.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

I seek $780,000 dollars (seven hundred eighty thousand dollars) for extreme shock and pain (Trauma) and paranoia symptoms TRAUMATIZED to develop, in my mental physc.

___

___

___

**VI.   Previous lawsuits:**

On these claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3.   Docket or Index number _____
   4.   Name of Judge assigned to your case _____
   5.   Approximate date of filing lawsuit _____
   6.   Is the case still pending? Yes ____ No ____
        If NO, give the approximate date of disposition _____
   7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

___

On other claims

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✓   No ____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff  DAVID Curter
   Defendants  N.Y.C. C.O. Moore

   2.   Court (if federal court, name the district; if state court, name the county)  U.S. District S.D.N.Y.  500 Pearl Street N.Y.N.Y. 10007
   3.   Docket or Index number  CIV-12-6531
   4.   Name of Judge assigned to your case  Vincen L. Bricetti
   5.   Approximate date of filing lawsuit  August 21st, 2012

6.  Is the case still pending? Yes ✓  No ____
    If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
    _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of December, 2012.

Signature of Plaintiff   David Carter
Inmate Number           12A5083
Institution Address     Downstate
                        Correctional Facility
                        Box F
                        Fishkill, N.Y. 12524-0445

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 9th day of December, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: David Carter
                        Pro Se
                        N.Y.S.I.D.# 4613486

